**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6304**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

NISSAN NORTH AMERICA, INC.
vs.
JIM M'LADY OLDSMOBILE, INC.

Case Number:

**JUDGE MANNING**
**MAGISTRATE JUDGE DENLOW**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**J. N.**

| NAME (Type or print) |
|---|
| BRUCE S. TERLEP |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Bruce S. Terlep |

| FIRM |
|---|
| SWANSON, MARTIN & BELL, LLP |

| STREET ADDRESS |
|---|
| 2525 Cabot Drive, Suite 204 |

| CITY/STATE/ZIP |
|---|
| Lisle, Illinois 60532 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06191026 | (630) 799-6900 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ |