AO 440 (Rev. 05/00) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

# 07 C 6304

### SUMMONS IN A CIVIL CASE

NISSAN NORTH AMERICA, INC.

V.

JIM M'LADY OLDSMOBILE, INC.

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE MANNING
MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

James G. M'Lady
5656 Northwest Highway
Crystal Lake, Illinois 60014

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce S. Terlep
SWANSON, MARTIN & BELL, LLP
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

November 7, 2007
Date

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NISSAN NORTH AMERICA, INC.

v.                                    07 C 6304

JIM M'LADY OLDSMOBILE, INC.

_____

I Philip J. Leyden being first duly sworn on oath depose and say that he served a Summons & Complaint for Declaratory Judgment on Jim M'Lady Oldsmobile, Inc., by handing the Summons & Complaint for Declaratory Judgment to Mir Ali, General Sales Manager of Jim M'Lady Nissan-Isuzu. This service was accomplished on November 10, 2007 at 5656 Northwest Highway Crystal Lake, Illinois 60014.

A copy of the Summons & Complaint for Declaratory Judgment was then mailed to Jim M'Lady Oldsmobile, Inc., at 5656 Northwest Highway Crystal Lake, Illinois 60014, by First Class Mail with postage paid.

Philip J Leyden

Signed and sworn before me __November 12__, 2007

NOTARY PUBLIC

*OFFICIAL SEAL*
*CHRISTEL R FRANCIS*
*NOTARY PUBLIC - STATE OF ILLINOIS*
*MY COMMISSION EXPIRES: 12/28/09*