U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                            Case Number: 07 C 6304

**NISSAN NORTH AMERICA, INC.**

v.

**JIM M'LADY OLDSMOBILE, INC.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Defendant, Jim M'Lady Oldsmobile, Inc.**

| | |
|---|---|
| NAME (Type or print) | |
| Ira M. Levin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/  Ira M. Levin | |
| FIRM | |
| Burke, Warren, MacKay & Serritella, P.C. | |
| STREET ADDRESS | |
| 330 N. Wabash Avenue, 22nd Floor | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60611-3607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6192178 | 312-840-7000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]   NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [X]     APPOINTED COUNSEL [ ] | |