UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | No. 07 C 6304 |
| ) | Hon. Joan Gottschall |
| ) | |
| JIM M'LADY OLDSMOBILE, INC. ) | |
| JIM M'LADY NISSAN, ) | |
| ) | |
| **Defendant.** ) | |

### AGREED MOTION FOR EXTENSION OF TIME

Defendant Jim M'Lady Oldsmobile, Inc. respectfully moves this Court to enter, by agreement of the parties, an order granting Defendant until January 7, 2008 to file its answer or other responsive pleading, and in support thereof states as follows:

1. Plaintiff served Defendant with the summons and 106-paragraph complaint in this case on November 10, 2007. Due to the holidays and counsel's schedules, which have required counsel to work on other matters, counsel for Defendant has been unable to prepare an answer or other affirmative pleading in this case by November 30, 2007.

2. Counsel for Defendant spoke with Plaintiff's counsel, who suggested that, with the up coming holiday season and counsel's schedules, Defendant file its answer or other responsive pleading on January 7, 2008.

WHEREFORE, Defendant Jim M'Lady Oldsmobile, Inc. requests an order by this Court granting Defendant until January 7, 2008, to file its answer or other responsive pleading.

Dated: November 30, 2007

Respectfully submitted,

JIM M'LADY OLDSMOBILE, INC.


By: ___/s/ Aaron H. Stanton_____
      One of its Attorneys

Ira M. Levin
Aaron Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
(312) 840-7000
(312) 840-7900 (FAX)

11021/1/454114.1