UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 07 C 6304 |
| ) | Hon. Joan Gottschall |
| ) | |
| JIM M'LADY OLDSMOBILE, INC. ) | |
| JIM M'LADY NISSAN, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF MOTION

To: Bruce S. Terlep
　　Swanson Martin & Bell, LLP
　　2525 Cabot Drive, Suite 204
　　Chicago, Illinois 60532

PLEASE TAKE NOTICE that at 9:30 a.m. on the 6th day of December, 2007, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan B. Gottschall in Room 2325, at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in her place and stead, and then and there present, **Defendant's Agreed Motion for Extension of Time**, copies of which are hereby served upon you by the clerk's electronic method.

　　　　　　　　　　　　　　　　　　　　JIM M'LADY OLDSMOBILE, INC.


　　　　　　　　　　　　　　　　By:＿＿/s/ Aaron H. Stanton＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Ira M. Levin
Aaron H. Stanton
Burke, Warren, MacKay & Serritella, P.C.
Attorneys for Respondent
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611-3607
(312) 840-7000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused a copy of the foregoing **Notice of Motion** and **Agreed Motion for Extension of Time** to be served on the party to the above parties by the clerk's electronic filing service this 30th day of November, 2007.

/s/  Aaron H. Stanton