UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Nissan North America, Inc.
                    Plaintiff,

v.                                          Case No.: 1:07−cv−06304
                                            Honorable Joan B. Gottschall

Jim M'Lady Oldsmobile Inc
                    Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, December 6, 2007:

        MINUTE entry before Judge Joan B. Gottschall :Defendant, Jim M'Lady Oldsmobile, Inc. motion for extension of time to answer or otherwise plead on or before 1/7/2008 [12] is granted. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. Status hearing set for 1/9/2008 at 09:30 AM. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.