UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> JIM M'LADY OLDSMOBILE, INC. d/b/a ) <br> JIM M'LADY NISSAN, ) <br> ) <br> Defendant. ) | No. 07 C 6304 <br><br> Hon. Joan Gottschall |

## NOTICE OF FILING

To:   Bruce S. Terlep
      Swanson Martin & Bell, LLP
      2525 Cabot Drive, Suite 204
      Chicago, Illinois 60532

    PLEASE TAKE NOTICE that on the 8th day of January, 2008, there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the attached **Defendant's Motion to Dismiss or Stay** and **Memorandum in Support of Motion to Dismiss**, a copy of which is hereby served upon you.

                                       JIM M'LADY OLDSMOBILE, INC.

                                       By:   /s/ Aaron H. Stanton
                                                 One of its Attorneys

Ira M. Levin
Aaron Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
(312) 840-7000
(312) 840-7900 (FAX)
11021/1/457007

## CERTIFICATE OF SERVICE

  The undersigned, an attorney representing Defendant, hereby states that true and correct copies of the attached **Defendant's Motion to Dismiss or Stay, Memorandum in Support of Motion to Dismiss** and **Notice** thereof were served upon:

  Bruce S. Terlep
  Swanson Martin & Bell, LLP
  2525 Cabot Drive, Suite 204
  Chicago, Illinois 60532

by electronic transmittal this 8th day of January, 2008.

                _____/s/ Aaron H. Stanton_____