# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Nissan North America, Inc.
                    Plaintiff,

v.                                      Case No.: 1:07−cv−06304
                                        Honorable Joan B. Gottschall

Jim M'Lady Oldsmobile Inc
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 9, 2008:

    MINUTE entry before Judge Joan B. Gottschall :Status hearing held on 1/9/2008.Briefing as to motion to dismiss/lack of jurisdiction[15] is set as follows: Response due by 2/8/2008; Reply due by 2/22/2008.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.