UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NISSAN NORTH AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 C 6304 |
| | ) | |
| JIM M'LADY OLDSMOBILE, INC. | ) | Honorable Joan Gotschall |
| | ) | |
| Defendant. | ) | |

**MOTION OF NISSAN NORTH AMERICA, INC. FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 15 PAGES**

NOW COMES Plaintiff, NISSAN NORTH AMERICA, INC. ("NNA"), by and through its attorneys, SWANSON, MARTIN & BELL, LLP, and moves this Court, pursuant to L.R. 7.1, for leave to file its Memorandum in Opposition to Defendant's Motion to Dismiss ("Memorandum in Opposition") in excess of 15 pages, and in support hereof, NNA states as follows:

1. NNA has prepared its Memorandum in Opposition to the Motion to Dismiss filed by Jim M'Lady Oldsmobile, Inc. d/b/a Jim M'Lady Nissan ("M'Lady"); the body of NNA's Memorandum in Opposition totals 19 pages, and, pursuant to L.R. 7.1, NNA's Memorandum in Opposition contains a table of contents and table of cases.

2. Due to the complexity of the issues and the extensive history of litigation between the parties, NNA's Memorandum in Opposition exceeds the 15-page limit of L.R. 7.1.

3. Counsel for NNA has conferred with counsel for M'Lady and M'Lady has no objection to the length of NNA's Memorandum in Opposition.

4.	Therefore, NNA respectfully request that this Court enter an order granting NNA leave to file its Memorandum in Opposition to Defendant's Motion to Dismiss, in excess of 15 pages.

WHEREFORE, Plaintiff, NISSAN NORTH AMERICA, INC., respectfully requests that this Court enter an order pursuant to the foregoing motion.

Respectfully submitted,

**SWANSON, MARTIN & BELL, LLP**


By:	/s/ Bruce S. Terlep

Bruce S. Terlep
**SWANSON, MARTIN & BELL, LLP**
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6900

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07 C 6304 |
| ) | |
| JIM M'LADY OLDSMOBILE, INC. ) | Honorable Joan Gotschall |
| ) | |
| Defendant. ) | |

## **ORDER**

THIS MATTER coming before the Court on Plaintiff, NISSAN NORTH AMERICA, INC.'S Motion for Leave to File Memorandum in Excess of 15 Pages,

IT IS HEREBY ORDERED that the Motion for Leave to File Memorandum in Excess of 15 Pages as to Nissan North America, Inc., is hereby:

☐    Granted

☐    Denied

ENTER:_____

JUDGE:_____