UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INCORPORATED,<br><br>                                        Plaintiff,<br><br>v.<br><br>JIM M'LADY OLDSMOBILE, INCORPORATED D/B/A/ JIM M'LADY NISSAN,<br><br>                                        Defendant. | )<br>)<br>)<br>)    CIVIL ACTION<br>)    NO.  07 C 6304<br>)<br>)    Hon. Joan Gottschall<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF MOTION**

**TO**:   Ira M. Levin, Burke, Warren, MacKay & Serritella, PC, 330 North Wabash, 22nd Floor, Chicago, Illinois 60611-3607

You are hereby notified that on the 14th day of February, 2008**,** at 9:30 a.m., or as soon as counsel may be heard, I shall appear before the Honorable Joan Gotschall in Courtroom No. 2325, or any other judge as may be holding court in her absence, in the courtroom usually occupied by her in the Dirksen Federal Building, Chicago, Illinois, and then and there present the attached Motion for Leave to File Memorandum in Excess of 15 Pages, and request hearing *instanter* thereon, at which time and place you may appear as you see fit to do.

/s/ Bruce S. Terlep

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008 a copy of the foregoing Motion and Attached Pleading were filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Ira M. Levin
Burke, Warren, MacKay & Serritella, PC
ilevin@burkelaw.com

Bruce S. Terlep
**SWANSON, MARTIN & BELL, LLP**
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6900