UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INCORPORATED,<br><br>    Plaintiff,<br><br>  v.<br><br>JIM M'LADY OLDSMOBILE, INCORPORATED<br>D/B/A/ JIM M'LADY NISSAN,<br><br>    Defendant. | CIVIL ACTION<br>NO. 07 C 6304<br><br>Hon. Joan Gottschall |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2008 a copy of the foregoing Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Ira M. Levin | ilevin@burkelaw.com |
| William Berkowitz | bill.berkowitz@bingham.com |
| Mary Murrane | mary.murrane@bingham.com |
| Aaron H. Stanton | astanton@burkelaw.com; bmears@burkelaw.com;<br>jpowell@burkelaw.com |

/s/ Bruce S. Terlep

Bruce S. Terlep
**SWANSON, MARTIN & BELL, LLP**
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6900