UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> JIM M'LADY OLDSMOBILE, INC. ) <br> JIM M'LADY NISSAN, ) <br> ) <br> Defendant. ) | No. 07 C 6304 <br> Hon. Joan Gottschall |

## AGREED MOTION FOR EXTENSION OF TIME

Defendant Jim M'Lady Oldsmobile, Inc. respectfully moves this Court to enter, by agreement of the parties, an order granting Defendant until March 7, 2008 to file its Reply in support of it Motion to Dismiss Plaintiff's Complaint for Declaratory Judgment, and in support thereof states as follows:

1. On February 8, 2008, Plaintiff filed a 20-page Response in opposition to Defendant's Motion to Dismiss.

2. Defendant's Reply is due on February 22, 2008.

3. Due to the length of Plaintiff's Response and the issues raised therein and because of the schedules for counsel for Defendant, Defendant needs an additional two weeks to file its Reply.

4. Counsel for Defendant spoke with Plaintiff's counsel, who agreed to an extension until March 7, 2008, for Defendant to file its Reply.

WHEREFORE, Defendant Jim M'Lady Oldsmobile, Inc. requests an order by this Court granting Defendant until March 7, 2008, to file its Reply in support of it Motion to Dismiss.

Dated: February 22, 2008　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　JIM M'LADY OLDSMOBILE, INC.


　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Aaron H. Stanton
　　　　　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

Ira M. Levin
Aaron Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
(312) 840-7000
(312) 840-7900 (FAX)
11021/1/454114.1