UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Nissan North America, Inc.
                Plaintiff,

v.                                      Case No.: 1:07−cv−06304
                                      Honorable Joan B. Gottschall

Jim M'Lady Oldsmobile Inc
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Defendant's agreed motion for extension of time to file its reply in support of it's motion to dismiss plaintiff's complaint for declaratory judgment by 3/7/2008 [24] is granted. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.