UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., ) <br> ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> ) <br> JIM M'LADY OLDSMOBILE, INC. ) <br> JIM M'LADY NISSAN, ) <br> ) <br> **Defendant.** ) | No. 07 C 6304 <br> Hon. Joan Gottschall |

## NOTICE OF MOTION

To:   Bruce S. Terlep
      Swanson Martin & Bell, LLP
      2525 Cabot Drive, Suite 204
      Chicago, Illinois 60532

PLEASE TAKE NOTICE that at 9:30 a.m. on the 20th day of February, 2008, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan B. Gottschall in Room 2325, at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in her place and stead, and then and there present, **Defendant's Agreed Motion for Leave to File 18-Page Reply Instanter**, copies of which are hereby served upon you by the clerk's electronic method.

JIM M'LADY OLDSMOBILE, INC.

By: /s/ Aaron H. Stanton
     One of Its Attorneys

Ira M. Levin
Aaron H. Stanton
Burke, Warren, MacKay & Serritella, P.C.
Attorneys for Respondent
330 N. Wabash Avenue, 22nd Floor
Chicago, IL 60611-3607
(312) 840-7000

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that he caused a copy of the foregoing **Notice of Motion** and **Agreed Motion to File 18-Page Reply** to be served on the party to the above parties by the clerk's electronic filing service this 13th day of March, 2008.

                                        /s/ Aaron H. Stanton