## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6304 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Nissan North America, Inc. Vs. Jim M'Lady, et al | | |

**DOCKET ENTRY TEXT**

Amended agreed motion by Defendant to file 18-page reply brief instanter [29] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|