UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., | ) |
| Plaintiff | ) ) ) |
| v. | ) No. 07 C 6304 |
| | ) ) Hon. Joan Gottschall |
| JIM M'LADY OLDSMOBILE, INC. d/b/a JIM M'LADY NISSAN, | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING

To:  Bruce S. Terlep
     Swanson Martin & Bell, LLP
     2525 Cabot Drive, Suite 204
     Chicago, Illinois 60532

    PLEASE TAKE NOTICE that on the 25th day of March, 2008, there was electronically filed with the United States District Court for the Northern District of Illinois, Eastern Division, the attached **Reply in Further Support of M'Lady's 12(b)(1) Motion to Dismiss**, a copy of which is hereby served upon you.

                                    JIM M'LADY OLDSMOBILE, INC.

                            By:___/s/ Aaron H. Stanton_____
                                    One of its Attorneys

Ira M. Levin
Aaron Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
(312) 840-7000
(312) 840-7900 (FAX)
11021/1/464634

## CERTIFICATE OF SERVICE

    The undersigned, an attorney representing Defendant, hereby states that true and correct copies of the attached **Reply in Further Support of M'Lady's 12(b)(1) Motion to Dismiss** and **Notice** thereof were served upon:

    Bruce S. Terlep
    Swanson Martin & Bell, LLP
    2525 Cabot Drive, Suite 204
    Chicago, Illinois 60532

by electronic transmittal this 25th day of March, 2008.

                                                   /s/ Aaron H. Stanton