UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |
|---|---|
| NISSAN NORTH AMERICA, INCORPORATED,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JIM M'LADY OLDSMOBILE, INCORPORATED<br>D/B/A/ JIM M'LADY NISSAN,<br><br>　　　　　　　　　　　　　Defendant. | )<br>)<br>)<br>)　CIVIL ACTION<br>)　NO. 07 C 6304<br>)<br>)　Hon. Joan Gottschall<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF PLAINTIFF FOR LEAVE TO FILE SUR-REPLY IN SUPPORT OF ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff Nissan North American, Inc. ("NNA") hereby jointly moves this Honorable Court for leave to file the Sur-Reply of Plaintiff Nissan North America in Support of Its Opposition to Defendant's Motion to Dismiss. As grounds for and in support of its motion, NNA states as follows:

1. On January 8, 2008, defendant Jim M'Lady Oldsmobile, Inc. ("M'Lady") moved to dismiss the Complaint for Declaratory Judgment filed by NNA.

2. NNA filed its opposition to M'Lady's motion to dismiss on February 8, 2008, to which M'Lady filed its Reply Brief, with leave of court, on or about March 25, 2008. NNA assented to submission by M'Lady of a reply brief in excess of the page limit. M'Lady has not assented to this motion for leave to submit a sur-reply.

3. NNA requests that this Court grant leave to permit NNA to file a four (4) page sur-reply to respond to the issue raised in M'Lady's reply brief regarding an interpretation of the

1

2

Illinois Motor Vehicle Franchise Act that would operate to strip this Court of its diversity jurisdiction. By allowing a short response by NNA to M'Lady's argument on this issue the Court will be better informed and in a better position to determine the issues presented in M'Lady's motion to dismiss and NNA's opposition.

4. The sur reply brief of NNA is attached hereto as Exhibit A.

WHEREFORE, Nissan North America, Inc. requests that this Honorable Court grant it leave to file a sur-reply memoranda, each not to exceed five pages in length.

Respectfully submitted,

**NISSAN NORTH AMERICA, INC.**

By its attorneys,

/s/ Bruce S. Terlep
Bruce S. Terlep
**SWANSON, MARTIN & BELL, LLP**
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6900

William N. Berkowitz, admitted *pro hac vice*
Mary B. Murrane, admitted *pro hac vice*
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
617.951.8000

Dated: April 22, 2008