UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NISSAN NORTH AMERICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 07 C 6304 |
| | ) | |
| JIM M'LADY OLDSMOBILE, INC. | ) | Honorable Joan Gotschall |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER coming before the Court on Plaintiff, NISSAN NORTH AMERICA, INC.'S Motion for Leave to File Sur-Reply in Support of its Opposition to Defendant's Motion to Dismiss;

IT IS HEREBY ORDERED that the Motion for Leave to File Sur Reply in Support of its Opposition to Defendant's Motion to Dismiss, is hereby:

☐　　Granted

☐　　Denied

ENTER:_____

JUDGE:_____