UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INC., | ) |
|     Petitioner | ) ) ) |
| v. | )    No. 07 C 6304 ) )    Judge Joan Gottschall |
| JIM M'LADY OLDSMOBILE, INC. d/b/a JIM M'LADY NISSAN, | ) ) ) |
|     Respondent. | ) |

## NOTICE OF MOTION

To:  Bruce S. Terlep
     Swanson Martin & Bell, LLP
     2525 Cabot Drive, Suite 204
     Chicago, Illinois 60532

     PLEASE TAKE NOTICE that on the 29th day of May, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Joan B. Gottschall in Room 1919, at the United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, or before any other judge that may be sitting in her place and stead, and shall then and there present **Defendant's Objection to Plaintiff's Proposed Sur-Reply,** a copy of which is attached hereto and herewith served upon you.

                                                      JIM M'LADY OLDSMOBILE, INC.

                                                      By:   /s/ Aaron H. Stanton
                                                                     One of its Attorneys

Ira M. Levin
Aaron Stanton
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, 22nd Floor
Chicago, Illinois 60611
(312) 840-7000
(312) 840-7900 (FAX)
11021/1/469924

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney representing Defendant, hereby states that true and correct copies of the attached **Defendant's Objection to Plaintiff's Proposed Sur-Reply** and **Notice** thereof were served upon:

    Bruce S. Terlep
    Swanson Martin & Bell, LLP
    2525 Cabot Drive, Suite 204
    Chicago, Illinois 60532

by electronic transmittal this 16th day of May, 2008.

                                                    /s/ Aaron H. Stanton