UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NISSAN NORTH AMERICA, INCORPORATED,<br><br>        Plaintiff,<br><br>   v.<br><br>JIM M'LADY OLDSMOBILE, INCORPORATED<br>D/B/A/ JIM M'LADY NISSAN,<br><br>        Defendant. | CIVIL ACTION<br>NO. 07 C 6304<br><br>Hon. Joan Gottschall |

## NOTICE OF CHANGE OF FIRM ADDRESS

Please be advised that effective immediately the new address for Bingham McCutchen LLC, counsel for Nissan North America, Inc. along with Swanson, Martin & Bell, LLP, is as follows:

 William N. Berkowitz, Esq.
 Mary B. Murrane, Esq.
 Bingham McCutchen, LLP
 One Federal Street
 Boston, MA 02110
 617-951-8000 (Tel.)
 617-951-8736 (Fax)

All pleadings, papers, notices and other documents filed or served in this matter from this day forward should be sent to the above address.

              Respectfully submitted,

              **NISSAN NORTH AMERICA,
              INCORPORATED,**

              By its attorneys,

               /s/ Mary B. Murrane
              William N. Berkowitz, admitted *pro hac vice*
              Mary B. Murrane, admitted *pro hac vice*
              **BINGHAM MCCUTCHEN LLP**
              One Federal Street
              Boston, MA  02110-1726
              617.951.8000

Dated: June 9, 2008

A/72552069.1

- 2 -

## CERTIFICATE OF SERVICE

    I, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 9, 2008.

                                                    /s/ Mary B. Murrane
                                                    Mary B. Murrane