# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6304 | **DATE** | 8/29/2008 |
| **CASE TITLE** | Nissan North America, Inc. vs. Jim M'Lady Oldsmobile, Inc. d/b/a Jim M'Lady Nissan | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, the plaintiff's motion for leave to file a sur reply [36] is granted *nunc pro tunc* (April 22, 2008) and the defendant's motion to dismiss for lack of subject matter jurisdiction [15] is granted. The case is terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | DAM/RJ |
|---|---|---|