# United States District Court
## Northern District of Illinois
### Eastern Division

Nissan                                                     **JUDGMENT IN A CIVIL CASE**

               v.                                            Case Number: 07 C 6304

Jim M'Lady

☐      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■      Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the defendant's motion to dismiss for lack of subject matter jurisdiction is granted. Civil Case Terminated.

                                                  Michael W. Dobbins, Clerk of Court

Date: 8/29/2008                              _____

                                                        /s/ Rhonda Johnson, Deputy Clerk